# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michelle Kyles,

           Petitioner,

Civ. No. 15-0142 (MJD/BRT)

v.

**ORDER**

United States of America,

           Respondent.

     The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated March 19, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

     **IT IS HEREBY ORDERED** that Michelle Kyles' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

     **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date:  April 20, 2015

           s/Michael J. Davis
           Michael J. Davis
           Chief Judge
           United States District Court